| AO 10 Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2012 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)  Lange, Roberto A. | 2. Court or Organization  District of South Dakota | 3. Date of Report  09/18/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  active District Judge | 5a. Report Type (check appropriate type)  ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☑ Amended Report | 6. Reporting Period  01/01/2012 to 12/31/2012 |
| 7. Chambers or Office Address  Suite 413  225 S. Pierre Street  Pierre, SD 57501 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member | Eastman Lange LLC |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lange, Roberto A. | 09/18/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lange, Roberto A. | 09/18/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lange, Roberto A. | 09/18/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Eastman Lange LLC | | None | L | W | | | | | |
| 2. New York Life universal policy from 1992 | | None | K | T | | | | | |
| 3. New York Life universal policy from 1995 | | None | K | T | | | | | |
| 4. First Bank & Trust account | A | Interest | J | T | | | | | |
| 5. Merrill Lynch IRA brokerage account | | | | | | | | | |
| 6. --Allianz NFJ Dividend (ADJPX) | A | Dividend | | | Sold (part) | 2/24/12 | J | A | |
| 7. ----(ADJPX continued) | | | | | Buy (add'l) | 4/23/12 | J | | |
| 8. ----(ADJPX continued) | | | | | Sold | 7/6/12 | K | B | |
| 9. --American Century (ACITX) | A | Dividend | J | T | Buy | 2/24/12 | J | | |
| 10. ----(ACITX continued) | | | | | Sold (part) | 7/6/12 | J | A | |
| 11. --BlackRock Eq Div (MADVX) | B | Dividend | L | T | Buy | 2/24/12 | J | | |
| 12. ----(MADVX continued) | | | | | Buy (add'l) | 7/6/12 | J | | |
| 13. --Cohen & Steers Int'l (IRFIX) | | | | | Sold | 2/24/12 | J | | |
| 14. --Cohen & Steers Realty (CSRSX) | B | Dividend | K | T | Buy | 7/6/12 | K | | |
| 15. --CR Suisse Comm (CRSAX) | B | Dividend | K | T | Buy (add'l) | 2/24/12 | J | | |
| 16. ----(CRSAX continued) | | | | | Sold | 7/6/12 | J | A | |
| 17. --Dreyfus Appreciation (DGAGX) | A | Dividend | K | T | Sold (part) | 2/24/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lange, Roberto A. | 09/18/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ----(DGAGX continued) | | | | | Sold (part) | 7/6/12 | J | A | |
| 19. --Eagle Small Cap (HSIIX) | A | Dividend | J | T | Sold (part) | 2/24/12 | J | A | |
| 20. ----(HSIIX continued) | | | | | Buy (add'l) | 7/6/12 | J | | |
| 21. --Harbor International (HAINX) | A | Dividend | K | T | Buy (add'l) | 2/24/12 | J | | |
| 22. ----(HAINX continued) | | | | | Buy (add'l) | 4/23/12 | J | | |
| 23. ----(HAINX continued) | | | | | Buy (add'l) | 7/6/12 | J | | |
| 24. --Lazard Emerging (LZEMX) | A | Dividend | K | T | Buy (add'l) | 2/24/12 | J | | |
| 25. ----(LXEMX continued) | | | | | Sold (part) | 4/23/12 | J | A | |
| 26. ----(LXEMX continued) | | | | | Buy (add'l) | 7/6/12 | J | | |
| 27. --Legg Mason Western (LMHIX) | A | Dividend | | | Sold | 2/24/12 | J | A | |
| 28. --First Eagle Gold (FEGIX) | A | Dividend | J | T | Buy (add'l) | 2/24/12 | J | | |
| 29. ----(FEGIX continued) | | | | | Buy (add'l) | 7/6/12 | J | | |
| 30. --Mainstay Lg Cap (MLAIX) | A | Dividend | K | T | Sold (part) | 2/24/12 | J | A | |
| 31. ----(MLAIX continued) | | | | | Sold (part) | 4/23/12 | J | A | |
| 32. ----(MLAIX continued) | | | | | Sold (part) | 7/6/12 | J | A | |
| 33. --MFS Bond (MRBIX) | B | Dividend | K | T | Sold (part) | 2/24/12 | J | A | |
| 34. ----(MRBIX continued) | | | | | Sold (part) | 7/6/12 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lange, Roberto A. | 09/18/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  --Neuberger High Inc (NHILX) | B | Dividend | K | T | Sold (part) | 7/6/12 | J | A | |
| 36.  --Oppenheimer Rising Div Y (OYRDX) | A | Dividend | K | T | Sold (part) | 2/24/12 | J | A | |
| 37.  ----(OYRDX) continued) | | | | | Buy (add'l) | 7/6/12 | J | | |
| 38.  --Principal Preferred SEC (PPSPX) | B | Dividend | K | T | Buy | 2/24/12 | K | | |
| 39.  ----(PPSPX continued) | | | | | Sold (part) | 7/6/12 | J | A | |
| 40.  --TCW Total Return (TGLMX) | A | Dividend | K | T | Sold (part) | 2/24/12 | J | | |
| 41.  ----(TGLMX continued) | | | | | Buy (add'l) | 7/6/12 | K | | |
| 42.  Merrill Lynch IRA lower risk acct | | | | | | | | | |
| 43.  --Pimco Total Return (PTTAX) (Y) | A | Dividend | K | T | | | | | |
| 44.  Merrill Lynch tax free bond acct | | | | | | | | | |
| 45.  --BlackRock Muni Enhanced (MEN) | A | Dividend | K | T | | | | | |
| 46.  --Eaton Vance Natl Muni (EOT) | B | Dividend | K | T | | | | | |
| 47.  --Invesco Van Kampen Muni (VKI) | A | Dividend | K | T | | | | | |
| 48.  --Nuveen Prem Inc Muni (NPI) | B | Dividend | | | Sold | 7/30/12 | K | C | |
| 49.  --Nuveen Prem Inc Muni 2 (NPM) | B | Dividend | | | Sold | 7/30/12 | K | C | |
| 50.  --Nuveen Div Adv Muni (NAD) | B | Dividend | | | Sold | 7/30/12 | K | C | |
| 51.  --Nuveen Ins Div Adv Muni (NVG) | A | Dividend | K | T | Sold (part) | 5/10/12 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lange, Roberto A. | 09/18/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   --Nuveen Ins Prem Inc 2 (NPX) | A | Dividend | K | T | Buy | 7/30/12 | K | | |
| 53.   --BlackRock Muni Qlty (MYI) | A | Dividend | K | T | Buy | 5/11/12 | K | | |
| 54.   --BlackRock Muni Qual (MQY) | A | Dividend | K | T | Buy | 7/30/12 | K | | |
| 55.   --BlackRock Muni Inter Dur (MUI) | A | Dividend | K | T | Buy | 7/30/12 | K | | |
| 56.   Merrill Lynch account | A | Interest | J | T | | | | | |
| 57.   ▨          Pimco 529 Plans (Y) (no control) | | | | | | | | | |
| 58.   -- NextGen College Inv. Plan-Maine child 1 (Y)(no control) | A | Dividend | | | Sold | 4/9/12 | K | A | |
| 59.   --NextGen College Inv.Plan-child 2 (Y)(no control) | A | Dividend | | | Sold | 4/9/12 | K | A | |
| 60.   --NextGen College Inv. Plan--child 3 (Y)(no control) | A | Dividend | | | Sold | 4/9/12 | K | A | |
| 61.   ▨          New 529 Plans (Y)(no control) | | | | | | | | | |
| 62.   --Scholar's Choice 529-▨ 1 (Y)(no control) | B | Dividend | K | T | Buy | 4/12/12 | K | | |
| 63.   --Scholar's Choice 529--▨ 2 (Y)(no control) | A | Dividend | K | T | Buy | 4/12/12 | K | | |
| 64.   --Scholar's Choice 529-▨ 3 (Y)(no control) | B | Dividend | K | T | Buy | 4/12/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line items 5 through 41 of Part VII are part of one Merrill Lynch account that is an Individual Retirement Account ("IRA"). That IRA account was opened in late 2009 and funded at the inception of 2010 with monies from liquidation of Judge Lange's 401(k) account from his previous employment with Davenport Evans Hurwitz & Smith LLP ("DEHS").

Line 6, 17 and 18 contain corrections of two typographical errors in prior reports: 1) in line 6, the word "Allianz" is substituted where "Alliance" had mistakenly been used in prior reports; 2) in line 17 and 18, the abbreviation "DGAGX" is correct and the past year's abbreviation of "DGZGX" was in error.

Lines 15 and 16 were amended due to an inadvertent omission in completing this form.

Line items 42 and 43 of Part VII are part of a Merrill Lynch IRA account and the funds originated from the 401(k) from Judge Lange's previous employment with DEHS. On November16, 2010, Judge Lange chose to move certain funds from the IRA covered in lines 5 through 41 into a more conservative fund.

Line items 44 through 55 of Part VII are part of a Merrill Lynch tax free bond portfolio that Judge Lange opened on July 25, 2011, with proceeds from the sale in 2011 of his interest in                     in Lincoln County, South Dakota. Line 56 is an account for the dividends generated by the tax free bond portfolio.

Line items 57 through 60 of Part VII disclose the 529 college savings plans in existence since 2004 for the benefit                     . Disclosure of the 529 Plans was overlooked prior to the disclosure for 2011. The 529 Plans disclosed in lines 57 to 60 were replaced through transactions on April 9 and 13, 2012, with new 529 Plans disclosed in lines 61 to 64 for the                  in approximately the same amounts. Judge Lange has investment control over                  529 Plans.

| Name of Person Reporting | Date of Report |
|---|---|
| Lange, Roberto A. | 09/18/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Roberto A. Lange**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544